In the Matter of the Will of CHARLES BARTELS, Deceased. AMELIA B. ANTONY, Appellant; ELSA BARTELS, Respondent.

(Argued May 20, 1936; decided June 5, 1936.)

*Terence J. Mullen* and *William H. Amend* for appellant.
*Ivan E. Maginn* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.